IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-102-FL

| | |
|---|---|
| PATRICIA GRIFFIETH FLANIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAYETTEVILLE STATE )<br>UNIVERSITY and JINONG SUN, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on defendants' motion to stay proceedings, filed pursuant to Federal Rule of Civil Procedure 7(b), on April 16, 2014. (DE 16). Defendants filed a motion to dismiss plaintiff's complaint on April 11, 2014. (DE 12). The instant motion seeks to stay proceedings, including stay of discovery and the conference held pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, pending the court's ruling on the motion to dismiss.[1]

The court notes its duty to administer the federal rules in a way that promotes the "just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Resolution of the motion to dismiss has the potential to significantly impact the nature and extent of further proceedings. Granting stay will serve the requirements of Rule 1 by serving the interests of judicial economy and conserving the parties' resources. Therefore, defendants' motion for stay is GRANTED, pending the court's resolution of defendants' motion to dismiss.

---

[1] Defendants inform the court that plaintiff has not responded to their efforts to obtain her position on the motion.

SO ORDERED, this the 24th day of April, 2014.

/s/ Louise W. Flanagan
_____
LOUISE W. FLANAGAN
United States District Court Judge

2