UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PATRICIA GRIFFIETH FLANIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:14-CV-102-FL |
| | ) | |
| FAYETTEVILLE STATE UNIVERSITY | ) | |
| and JINONG SUN, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2014, that defendants' motion to dismiss is granted. Plaintiff shall have and recover nothing of the defendants.

<u>**This Judgment Filed and Entered on December 11, 2014, and Copies To:**</u>

Patricia Flanigan (via U.S. Mail) 354 Tucson Drive, Fayetteville, NC 28303
Kimberly D. Potter (via CM/ECF Notice of Electronic Filing)

December 11, 2014           JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk